Fill in this information to identify the case:

Debtor name: **360 International, Inc.**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**
Case number (if known): **19-51062**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Custom Process Equipment, LLC<br>4727 NW Evangeline Thruway<br>Carencro, LA 70520 | | Open account | | | | $13,701.94 |
| Enerflex Energy Systems, Inc.<br>10815 Telge Rd.<br>Houston, TX 77095 | | Lawsuit | | | | $536,881.66 |
| Energy Solutions Technology, LLC<br>c/o Carl Duhon<br>P. O. Box 52566<br>Lafayette, LA 70505 | | Judgment | Disputed | | | $90,974.00 |
| Gulf Coast Monitoring & Electric<br>617 Hector Connoly Rd.<br>Carencro, LA 70520 | | Open account | | | | $152,882.65 |
| Gulfland Structures<br>P. O. Box 52605<br>Lafayette, LA 70505-3768 | | Open account | | | | $41,042.75 |
| H2O<br>841 Vincent Rd.<br>Lafayette, LA 70508 | | Open account | Disputed | | | $24,840.00 |
| Harry V. Barton, CPA<br>P. O. Box 51993<br>Lafayette, LA 70505 | | Open account | | | | $22,175.00 |
| John P. Miguez<br>208 Bellview Plantation Rd.<br>Lafayette, LA 70503 | | Buyout of stock | | | | $335,154.01 |
| Jonathan Mann<br>415 Raywood Drive<br>Lafayette, LA 70503 | | Loan to Debtor | | | | $30,443.06 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Jonathan Mann**<br>**415 Raywood Drive**<br>**Lafayette, LA 70503** | | **Unpaid payroll** | | | | **$22,750.00** |
| **Jose Diz, III**<br>**12401 Landry Rd.**<br>**Maurice, LA 70555** | | **Loan to Debtor** | | | | **$30,443.06** |
| **Logic Control Systems, LLC**<br>**c/o George J. Armbruster, III**<br>**332 East Farrel Rd., Ste. D**<br>**Lafayette, LA 70508** | | **lawsuit** | **Disputed** | | | **$91,573.00** |
| **Louisiana Crane & Construction**<br>**Dept. 373**<br>**P. O. Box 4562**<br>**Houston, TX 77210** | | **Open account** | | | | **$18,215.00** |
| **M & J Valve Services, Inc.**<br>**P. O. Box 3307**<br>**Lafayette, LA 70502** | | **Open account** | | | | **$13,882.77** |
| **M-Squared Products**<br>**415 Raywood Drive**<br>**Lafayette, LA 70503-5059** | | **Open account** | | | | **$9,947.07** |
| **M-Squared Products**<br>**415 Raywood Drive**<br>**Lafayette, LA 70503-5059** | | **Unsecured loan** | | | | **$233,521.53** |
| **Nolan "Crip" Guidry**<br>**1607 Ridge Road**<br>**Duson, LA 70529-4019** | | **Unpaid rent** | | | | **$21,800.00** |
| **Nolan Guidry Welding Works, Inc.**<br>**1607 Ridge Rd.**<br>**Duson, LA 70529** | | **Open account** | | | | **$23,237.50** |
| **Star Tech Instrument Systems**<br>**P. O. Box 3614**<br>**Baton Rouge, LA 70821** | | **Open account** | | | | **$8,660.00** |
| **Trinity Rental Services**<br>**P. O. Box 80552**<br>**Lafayette, LA 70598** | | **Open account** | | | | **$8,390.00** |