UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:
    360 INTERNATIONAL, INC.                                       CASE NO. 19-51062
         DEBTOR                                                   CHAPTER 11

<u>NOTICE OF APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE</u>

COMES NOW David W. Asbach, Acting United States Trustee for Region 5, through undersigned counsel, and pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1) hereby gives notice that the unsecured creditors of the above-named debtor listed on Attachment A are among those holding unsecured claims and are willing to serve and therefore, were appointed to serve, as a committee of unsecured creditors with the powers enumerated in 11 U.S.C. § 1103.

The committee members' names are listed on Attachment A which is incorporated and made a part of this notice. A copy of this notice has been sent to each creditor listed on Attachment A as well as the parties listed on the Certificate of Service.

Date: October 17, 2019                                   Respectfully submitted,

                                                                                       DAVID W. ASBACH
                                                                                       Acting United States Trustee
                                                                                       Region 5, Judicial Districts
                                                                                       of Louisiana and Mississippi

                                                                                       By:<u>/s/ Gail Bowen McCulloch</u>
                                                                                        GAIL BOWEN McCULLOCH

Gail Bowen McCulloch
Trial Attorney
Office of the United States Trustee
300 Fannin Street, Suite 3196
Shreveport, Louisiana 71101
Telephone no. (318) 676-3456
Direct telephone no. (318) 676-3550
Facsimile no. (318) 676-3212
LA Bar no. 3337

# ATTACHMENT A

## MEMBERS OF UNSECURED CREDITORS' COMMITTEE

**CHAIRMAN:**
Logic Control Systems, Inc.
Albert W. Gunther, III
601 Northline Street
Metairie, LA 70005
Ph: 337-504-4635
awgunther@gmail.com

Energy Solutions Technology, LLC
Carl Comeaux, President
1200 Rue De Etoiles
Carencro, LA 70520

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *NOTICE OF APPOINTMENT OF UNSECURED COMMITTEE* was either sent by First Class United States Mail, postage prepaid, or by CM/ECF transmission to the following persons and entities:

360 International, Inc.
415 Raywood Drive
Lafayette LA 70503-5059

Caleb K. Aguillard
POB 391
Eunice LA 70535

United States Attorney's Office
Western District of Louisiana
Attn: Bankruptcy
800 Lafayette Street, Suite 2200
Lafayette, LA 70501-7206

*Committee Members:*

Chairman:
Logic Control Systems, Inc.
Albert W. Gunther, III
601 Northline Street
Metairie, LA 70005
Ph: 337-504-4635
awgunther@gmail.com

Energy Solutions Technology, LLC
Carl Comeaux, President
1200 Rue De Etoiles
Carencro, LA 70520

*Special Notice Requests:*

LOGIC CONTROL SYSTEMS, LLC
Through George J. Armbuster, III
332 E. Farrel Road, Suite D
Lafayette, LA 70508

Carl M. Duhon
DUHON LAW FIRM
1113 Johnston Street
P.O. Box 52566
Lafayette, LA 70505

Ike Huval
DUHON LAW FIRM
1113 Johnston Street
P.O. Box 52566
Lafayette, LA 70505

Enerflex Energy Systems, Inc.
c/o Martha Y. Curtis & Thomas J. Madigan, II
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033

*20 Largest Unsecured Creditors:*

Custom Process
Equipment, LLC
4727 NW Evangeline
Thruway
Carencro, LA 70520

Enerflex Energy
Systems, Inc.
10815 Telge Rd.
Houston, TX 77095

Energy Solutions
Technology, LLC
c/o Carl Duhon
P. O. Box 52566
Lafayette, LA 70505

Gulf Coast
Monitoring &
Electric
617 Hector Connoly Rd.
Carencro, LA 70520

Gulfland Structures
P. O. Box 52605
Lafayette, LA 70505-3768

H2O
841 Vincent Rd.
Lafayette, LA 70508

Harry V. Barton,
CPA
P. O. Box 51993
Lafayette, LA 70505

John P. Miguez
208 Bellview
Plantation Rd.
Lafayette, LA 70503

Jonathan Mann
415 Raywood Drive
Lafayette, LA 70503

Jonathan Mann
415 Raywood Drive
Lafayette, LA 70503

Jose Diz, III
12401 Landry Rd.
Maurice, LA 70555

Logic Control Systems, LLC
c/o George J. Armbruster, III
332 East Farrel Rd., Ste. D
Lafayette, LA 70508

Louisiana Crane & Construction
Dept. 373
P. O. Box 4562
Houston, TX 77210

M & J Valve Services, Inc.
P. O. Box 3307
Lafayette, LA 70502

M-Squared Products
415 Raywood Drive
Lafayette, LA 70503-5059

M-Squared Products
415 Raywood Drive
Lafayette, LA 70503-5059

Nolan "Crip" Guidry
1607 Ridge Road
Duson, LA 70529-4019

Nolan Guidry
Welding Works, Inc.
1607 Ridge Rd.
Duson, LA 70529

Star Tech Instrument Systems
P. O. Box 3614
Baton Rouge, LA 70821

Trinity Rental Services
P. O. Box 80552
Lafayette, LA 70598

Date:   October 17, 2019           /s/ *Samantha A. Scott*
                                   Samantha A. Scott
                                   Paralegal Specialist
                                   Office of the United States Trustee
                                   300 Fannin Street, Suite 3196
                                   Shreveport, LA 71101
                                   Telephone No. (318) 676-3456